IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Keller, Chanin M

Printed: 12/02/08

Case Number: 06 B 10802
Judge: Wedoff, Eugene R
Filed: 8/31/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 16, 2008
Confirmed: October 19, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 8,537.00 |  |
| Secured: |  | 6,435.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,638.87 |
| Trustee Fee: |  | 463.13 |
| Other Funds: |  | 0.00 |
| Totals: | 8,537.00 | 8,537.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,554.00 | 1,638.87 |
| 2. | Monterey Financial Services | Secured | 1,000.40 | 631.00 |
| 3. | Wells Fargo Financial | Secured | 12,460.75 | 5,804.00 |
| 4. | City Of Chicago Dept Of Revenue | Unsecured | 53.00 | 0.00 |
| 5. | Merrick Bank | Unsecured | 287.11 | 0.00 |
| 6. | Wells Fargo Financial | Unsecured | 0.00 | 0.00 |
| 7. | T Mobile USA | Unsecured | 119.97 | 0.00 |
| 8. | St James & St Margaret Mercy | Unsecured | 52.39 | 0.00 |
| 9. | Monterey Financial Services | Unsecured | 10.12 | 0.00 |
| 10. | Federated Retail Holdings Inc | Unsecured | 81.62 | 0.00 |
| 11. | Portfolio Recovery Associates | Unsecured | 28.74 | 0.00 |
| 12. | Resurgent Capital Services | Unsecured | 115.52 | 0.00 |
| 13. | Alberts Jewelers | Unsecured | 181.45 | 0.00 |
| 14. | Midwest Verizon Wireless | Unsecured | 69.18 | 0.00 |
| 15. | Aspire Visa | Unsecured | 65.30 | 0.00 |
| 16. | Bud's Ambulance | Unsecured |  | No Claim Filed |
| 17. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 18. | Excel Emergency Care | Unsecured |  | No Claim Filed |
| 19. | Direct Tv | Unsecured |  | No Claim Filed |
| 20. | Excel Emergency Care | Unsecured |  | No Claim Filed |
| 21. | HSBC Bank USA | Unsecured |  | No Claim Filed |
| 22. | Ivanhoe Dental Group Ltd | Unsecured |  | No Claim Filed |
| 23. | St James Hospital | Unsecured |  | No Claim Filed |
| 24. | St James Hospital | Unsecured |  | No Claim Filed |
| 25. | St James Hospital | Unsecured |  | No Claim Filed |
| 26. | Suburban Emergency Physician | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Keller, Chanin M

Printed: 12/02/08

Case Number:  06 B 10802
Judge:  Wedoff, Eugene R
Filed:  8/31/06

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. St James Hospital | Unsecured | | No Claim Filed |
| 28. Sprint | Unsecured | | No Claim Filed |
| 29. St James Hospital | Unsecured | | No Claim Filed |
| | | $ 17,079.55 | $ 8,073.87 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 102.47 |
| 5.4% | 272.42 |
| 6.5% | 88.24 |
| | $ 463.13 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

